

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CF JORDAN CONSTRUCTION, L.L.C., | § | No. 08-15-00127-CV |
|  | § | Appeal from the |
| APPELLANT, | § | 205th District Court |
| V. | § | of El Paso County, Texas |
| LAZARO LOZANO, | § | (TC# 2013-DCV-1847) |
| APPELLEE. | § |  |

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Appellant, CF Jordan Construction, L.L.C., and Appellee, Lazaro Lozano, to dismiss the appeal with prejudice. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion and dismiss the appeal with prejudice. In accordance with the parties' agreement, costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").


July 10, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.